**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00976-CV

## IN RE DORIS GOODWIN AND JULIA CATHERINE HATCHER, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-74902**

## MEMORANDUM OPINION

On December 9, 2014, relators Doris Goodwin and Julia Catherine Hatcher filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Kimberly Sullivan, presiding judge of the Probate Court of Galveston County, to vacate an order removing relator Hatcher as attorney ad litem in the underlying litigation.

Relators have not satisfied their burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.